624 A.2d 1369

IN THE MATTER OF IGNACIO SAAVEDRA, JR., AN ATTORNEY AT LAW.

June 8, 1993.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that IGNACIO SAAVEDRA, JR., of UNION CITY, who was admitted to the bar of this State in 1972, be publicly reprimanded for violating *RPC* 1.1(a) (gross ne-

glect), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.1 (failure to cooperate with the ethics authorities), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and IGNACIO SAAVEDRA, JR., is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.